# COUNTY OF SUFFOLK



## SUFFOLK COUNTY CLERK'S OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

cv-17-3291 (SJF)

★ JUN 08 2017 ★

FILED
US DISTRICT COURT E.D.N.Y.

★ JUN 08 2017 ★

**BROOKLYN OFFICE**

Date: 6/6/17

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #601623/17, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on **06/06/2017**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **6/6/2017**   .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  601623/2017**

Created on:06/06/2017 11:52 AM

Case Caption:   DEBRA MEJIA SCOTT - v. - VENGROFF WILLIAMS, INC.  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 01/26/2017 | Pashkin, M. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 05/30/2017 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 06/01/2017 | Perr, R. |
| 4 | EXHIBIT(S)<br>Notice of Removal filed in USDC EDNY #17-CV-03291 | Processed | 06/01/2017 | Perr, R. |

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 8 2017 ★

BROOKLYN OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

DEBRA MEJIA SCOTT
ON BEHALF OF HERSELF AND ALL OTHERS
SIMIARLY SITUATED,

                      Plaintiff,

-against-

VENGROFF WILLIAMS, INC.,

                      Defendant.

INDEX NO. 601623/2017
FILING DATE: 6/01/2017

**NOTICE OF REMOVAL**

CV-17-3291 (SJF)

---

You are directed to take notice that the above action has been removed to the United States District Court for the Eastern District of New York at Civil Action No. 1:17-cv-03291, pursuant to the attached Notice of Removal filed with the Clerk of the United States District Court for the Eastern District of New York on June 1, 2017. A copy of the Notice of Removal is attached hereto as Exhibit 1.

                      FINEMAN KREKSTEIN & HARRIS, P.C.

By:    /S/ Richard J. Perr
       RICHARD J. PERR, ESQUIRE
       NY ID No. 5290226
       Ten Penn Center
       1801 Market Street, Suite 1100
       Philadelphia, PA 19103-1628
       (v) 215-893-9300; (f) 215-893-8719
       rperr@finemanlawfirm.com
       Attorneys for Defendant

Dated: June 1, 2017

{01285787;v1}

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first class mail, postage prepaid, or telecopy on the following:

> Mitchell L. Pashkin, Esquire
> 775 Park Avenue, Suite 255
> Huntington, NY 11643
> (v) 631-335-1107
> mpash@verizon.net
>       Attorneys for Plaintiff

                                        /S/ Richard J. Perr
                                      RICHARD J. PERR, ESQUIRE

Dated:   June 1, 2017

{01285787;v1}